523 Pa. 101 (1989)
565 A.2d 157
N. Adele FINKBINER and J. Harry Finkbiner, Appellants,
v.
MEDICAL PROFESSIONAL LIABILITY CATASTROPHE LOSS FUND, and Thomas J. Judge, Sr., and Harry J. Keogh.
Supreme Court of Pennsylvania.
Argued October 23, 1989.
Decided November 1, 1989.
Stephen R. Kurens, Philadelphia, for appellants.
Claudia M. Tesoro, Deputy Atty. Gen., for appellees.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER
PER CURIAM:
Order affirmed.